```
 1  BRENDA MOODY WHINERY (#010677)
    United States Trustee
 2  District of Arizona

 3  RICHARD J. CUELLAR (WI #100631)
    Attorney Advisor
 4  Post Office Box 36170
    Phoenix, Arizona  85067-6170
 5  (602) 640-2100
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | JOINTLY ADMINISTERED |
| | ) | |
| EINSTEIN/NOAH BAGEL PARTNERS, | ) | Case No. B-00-04447-ECF-CGC |
| | ) | and |
| EINSTEIN/NOAH BAGEL CORP., | ) | Case No. B-00-04448-ECF-CGC |
| | ) | |
| | ) | APPOINTMENT OF COMMITTEE |
| Debtors. | ) | OF BONDHOLDERS |

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following, being among those holding the largest claims and who are willing to serve, are appointed to the committee of Bondholders:

1. HSBC Bank USA (f/k/a Marine Midland Bank)
   Attn: Robert Conrad
   140 Broadway
   New York, N.Y. 10005-1180
   (212) 658-6029

2. Kayne Anderson
   Attn: Jack Hersch
   6660 Caminito Hermitage
   La Jolla, CA 92037
   (858) 456-9790

3. Loomis, Sayles & Company, L.P.
   Attn: Thomas H. Day
   One Financial Center
   Boston, MA 02421
   (617) 310-3697

Respectfully submitted,

BRENDA MOODY WHINERY
United States Trustee
District of Arizona

Dated: May 9th, 2000.

_____
RICHARD J. CUELLAR
Attorney Advisor

| | |
|---|---|
| 1 | Copies of the foregoing mailed to the creditors appointed as listed |
| 2 | above, and the following this 10th day of May, 2000: |
| 3 | |
| 4 | J. Eric Ivester<br>Skadden, Arps, Slate, Meagher & Flom<br>333 W. Wacker Dr. |
| 5 | Chicago, IL 60606-1285 |
| 6 | Charles R. Sterbach<br>Gallagher & Kennedy, P.A. |
| 7 | 2575 E. Camelback Rd.<br>Phoenix, AZ 85016-9225 |
| 8 | |
| 9 | _____ |

- 2 -