```
 1  BRENDA MOODY WHINERY (#010677)
    United States Trustee
 2  District of Arizona

 3  RICHARD J. CUELLAR (WI #100631)
    Attorney Advisor
 4  Post Office Box 36170
    Phoenix, Arizona  85067-6170
 5  (602) 640-2100
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | JOINTLY ADMINISTERED |
| | ) | |
| EINSTEIN/NOAH BAGEL PTRS., | ) | Case No. B-00-04396-ECF-SSC |
| | ) | |
| EINSTEIN/NOAH BAGEL CORP., | ) | Case No. B-00-04448-ECF-CGC |
| | ) | |
| | ) | RE-CLASSIFICATION OF COMMITTEE |
| | ) | OF BONDHOLDERS AS OFFICIAL |
| | ) | COMMITTEE OF UNSECURED |
| | ) | CREDITORS AND ADDITION OF |
| Debtor. | ) | MEMBERS THERETO |

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the United States Trustee appointed a Committee of Bondholders. The committee is hereby re-classified as the Official Committee of Unsecured Creditors. The following creditors of the above-captioned debtors, being among those holding the largest unsecured claims and who are willing to serve, have been appointed to the Official Committee of Unsecured Creditors:

      1.    HRSB Bank USA (f/k/a Marine Midland Bank)
            Attn: Robert Conrad
            140 Broadway
            New York, N.Y. 10005-1180
            (212) 658-6029

      2.    Kayne Anderson
            Attn: Jack Hersch
            6660 Caminito Hermitage
            La Jolla, CA 92037
            (858) 456-9790

      3.    Loomis, Sayles & Company, L.P.

```
 1            Attn: Thomas H. Day
              One Financial Center
 2            Boston, MA 0242104
              (617) 310-3697
 3
         The following creditors of the above-captioned debtors,
 4
    being among those holding the largest unsecured claims and who are
 5
    willing to serve, are appointed as additional members to the
 6
    Official Committee of Unsecured Creditors:
 7
         4.   Lonestar Partners, L.P.
 8            Attn: Jerome L. Simon
              735 Montgomery Street, Suite 400
 9            San Francisco, CA 94111
              (415) 677-1405
10
         5.   Lampe, Conway & Co., L.L.C.
11            Attn: Steven Lampe
              730 Fifth Avenue, Suite 2102
12            New York, N.Y. 10019-4105
              (212) 581-8989
13
                                  Respectfully submitted,
14                                BRENDA MOODY WHINERY
                                  United States Trustee
15                                District of Arizona

16
    Dated:   June 15th, 2000.        /s/
17                                 RICHARD J. CUELLAR
                                   Attorney Advisor
18
```

- 2 -

| | |
|---|---|
| 1 | Copies of the foregoing mailed to the creditors appointed as listed |
| 2 | above, and the following this 15th day of June, 2000: |
| 3 | |
| 4 | Carolyn Johnsen<br>Hebert, Schenk & Johnsen, P.C.<br>1440 E. Missouri, Suite 125 |
| 5 | Phoenix, AZ 85014-2459<br>Attorney for Debtor |
| 6 | |
| 7 | J. Eric Ivester<br>Skadden, Arps, Slate, Meagher & Flom<br>333 W. Wacker Dr. |
| 8 | Chicago, IL 60606-1285 |
| 9 | Charles Sterbach<br>Gallagher & Kennedy, P.A. |
| 10 | 2575 E. Camelback Rd.<br>Phoenix, AZ 85016-9225 |
| 11 | |
| 12 | DENNIS J. CONNOLLY<br>ALSTON & BIRD, LLP<br>ONE ATLANTIC CENTER |
| 13 | 1201 W. PEACHTREE ST.<br>ATLANTA, GA 30309-3424 |
| 14 | |
| 15 | |
| 16 | /s/ |

- 3 -