```
 1  BRENDA MOODY WHINERY (#010677)
    United States Trustee
 2  District of Arizona

 3  RICHARD J. CUELLAR (WI #100631)
    Post Office Box 36170
 4  Phoenix, Arizona  85067-6170
    (602) 640-2100
 5
                    UNITED STATES BANKRUPTCY COURT
 6
                           DISTRICT OF ARIZONA
 7
    In re:                         )    Chapter 11
 8                                 )
                                   )    JOINTLY ADMINISTERED
 9                                 )
    EINSTEIN/NOAH BAGEL PTRS.,     )    Case No. B-00-04447-ECF-SSC
10                                 )
    EINSTEIN/NOAH BAGEL CORP.,     )    Case No. B-00-04448-ECF-CGC
11                                 )
                                   )    NOTICE OF DISSOLUTION OF OFFICIAL
12                                 )    COMMITTEE OF UNSECURED CREDITORS
                 Debtor.           )
13
```

On May 9, 2000, the United States Trustee appointed an Official Committee of Bondholders. That committee was subsequently modified and reclassified as the Official Committee of Unsecured Creditors. To date all members of the Official Committee of Unsecured Creditors have resigned. Counsel for the committee has moved to withdraw. As such, the United States Trustee hereby dissolves the Official Committee of Unsecured Creditors herein, effective upon entry of the Order authorizing counsel for the committee to withdraw.

                                        Respectfully submitted,
                                        BRENDA MOODY WHINERY
                                        United States Trustee
                                        District of Arizona

Dated:   April 3rd, 2001.               RJC WI #100631
                                        RICHARD J. CUELLAR

```
 1 | Copies of the foregoing mailed to
   | the creditors appointed as listed
 2 | above, and the following this
   | 3rd day of April, 2001:
 3 |
   | Carolyn Johnsen
 4 | Hebert, Schenk & Johnsen, P.C.
   | 1440 E. Missouri, Suite 125
 5 | Phoenix, AZ 85014-2459
   | Attorney for Debtor
 6 |
   | J. Eric Ivester
 7 | Skadden, Arps, Slate, Meagher & Flom
   | 333 W. Wacker Dr.
 8 | Chicago, IL 60606-1285
 9 | Charles Sterbach
   | Gallagher & Kennedy, P.A.
10 | 2575 E. Camelback Rd.
   | Phoenix, AZ 85016-9225
11 |
   | DENNIS J. CONNOLLY
12 | ALSTON & BIRD, LLP
   | ONE ATLANTIC CENTER
13 | 1201 W. PEACHTREE ST.
   | ATLANTA, GA 30309-3424
14 |
15 |
   |     /s/
16 | _____
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |                - 2 -
```